UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL LOCKE, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, ALBERT LEUNG, ZHI YANG WU, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, and GROBSTEIN, HORWATH & COMPANY LLP,<br><br>                Defendants. | **Civil Action No. 07-cv-07693-UA**<br><br>CLASS ACTION COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Michael Locke, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: August 29, 2007

**BRODSKY & SMITH, LLC**

By: */s/ Evan J. Smith (ES3254)*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056
*Attorneys for Plaintiffs*

1