UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
MICHAEL LOCKE, Individually and On        :
Behalf of All Others Similarly            :
Situated,                                 :          07 Civ. 7693 (DLC)
                                          :
                          Plaintiff,      :                ORDER
                                          :
              -v-                         :
                                          :
QIAO XING UNIVERSAL TELEPHONE, INC.,      :
RUI LIN WU, ALBERT LEUNG, ZHI YANG WU,    :
SONNY KWOK WING HUNG, ZE YN MU, YI HONG   :
ZHANG, and GROBSTEIN, HORWATH & COMPANY   :
LLP,                                      :
                                          :
                          Defendants.     :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

DENISE COTE, District Judge:

    Plaintiff Michael Locke filed the above-captioned action on

August 29, 2007.  This action is related to the following

actions:  Mally v. Qiao Xing Universal Telephone, Inc., 07 Civ.

7097; Pfeiffer v. Qiao Xing Universal Telephone, Inc., 07 Civ.

7252; and Fishman v. Qiao Xing Universal Telephone, Inc., 07

Civ. 7312.  The October 8 deadline for filing motions for lead

plaintiff in the Mally, Pfeiffer, and Fishman actions thus

applies to the Locke action as well.  By Order dated Augsut 20,

a conference was scheduled for 4:00 p.m. on Friday, October 26

to consider any motions for appointment of lead plaintiff and

lead counsel and for consolidation in the Mally, Pfeiffer, and

Fishman actions.  It is hereby

ORDERED that the October 26 conference shall also address any motions for appointment as lead plaintiff or lead counsel in Locke v. Qiao Xing Universal Telephone, Inc., 07 Civ. 7693, as well as any motions for consolidation of this action with related actions.

IT IS FURTHER ORDERED that counsel for plaintiff Michael Locke shall serve a copy of this Order on the defendants.

SO ORDERED:

Dated:    New York, New York
          September 10, 2007

                              _____
                              DENISE COTE
                              United States District Judge

2