Jack C. Auspitz
Joel C. Haims
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Qiao Xing Universal Telephone, Inc.,
Rui Lin Wu, Zhi Yang Wu, Albert Leung,
Sonny Kwok Wing Hung, Ze Yun Mu, and
Yi Hong Zhang

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL LOCKE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>QIAO XING UNIVERSAL TELEPHONE INC., RUI LIN WU, ALBERT LEUNG, ZHI YANG WU, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, AND GROBSTEIN, HORWATH & COMPANY LLP,<br><br>            Defendants. | No. 07-cv-07693 (DLC) (HBP)<br><br><br><br>**ECF CASE** |

PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for

defendants Qiao Xing Universal Telephone, Inc., Rui Lin Wu, Albert Leung, Zhi Yang Wu,

Sonny Kwok Wing Hung, Ze Yun Mu, and Yi Hong Zhang.

Dated: New York, NY　　　　　　Respectfully submitted,
September 19, 2007

                                        By:  ___/s/ Jack C. Auspitz_____
                                              Jack C. Auspitz
                                              Joel C. Haims
                                              Lily M. Fan
                                              MORRISON & FOERSTER LLP
                                              1290 Avenue of the Americas
                                              New York, NY  10104-0050
                                              Telephone: 212-468-8000
                                              Facsimile: 212-468-7900

                                          *Attorneys for Defendants*
                                          *Qiao Xing Universal Telephone, Inc.,*
                                          *Rui Lin Wu, Zhi Yang Wu, Albert Leung,*
                                          *Sonny Kwok Wing Hung, Ze Yun Mu, and*
                                          *Yi Hong Zhang*