Jack C. Auspitz
Joel C. Haims
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Qiao Xing Universal Telephone, Inc.,
Rui Lin Wu, Zhi Yang Wu, Albert Leung,
Sonny Kwok Wing Hung, Ze Yun Mu, and
Yi Hong Zhang

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL LOCKE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>QIAO XING UNIVERSAL TELEPHONE INC., RUI LIN WU, ALBERT LEUNG, ZHI YANG WU, SONNY KWOK WING HUNG, ZE YUN MU, YI HONG ZHANG, AND GROBSTEIN, HORWATH & COMPANY LLP,<br><br>    Defendants. | No. 07-cv-07693 (DLC) (HBP)<br><br><br>**ECF CASE** |

PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for

defendants Qiao Xing Universal Telephone, Inc., Rui Lin Wu, Albert Leung, Zhi Yang Wu,

Sonny Kwok Wing Hung, Ze Yun Mu, and Yi Hong Zhang.

Dated: New York, NY  
September 19, 2007

Respectfully submitted,

By: ___/s/ Jack C. Auspitz_____  
    Jack C. Auspitz  
    Joel C. Haims  
    Lily M. Fan  
    MORRISON & FOERSTER LLP  
    1290 Avenue of the Americas  
    New York, NY  10104-0050  
    Telephone: 212-468-8000  
    Facsimile: 212-468-7900

*Attorneys for Defendants*  
*Qiao Xing Universal Telephone, Inc.,*  
*Rui Lin Wu, Zhi Yang Wu, Albert Leung,*  
*Sonny Kwok Wing Hung, Ze Yun Mu, and*  
*Yi Hong Zhang*