# Exhibit A

Case 1:07-cv-07693-DLC    Document 10-2    Filed 10/09/2007    Page 1 of 3

MWR        Kaplan Fox Seeks to Recover Losses for Investors Who Purchased
           Aug 9 2007  19:48

Kaplan Fox Seeks to Recover Losses for Investors Who Purchased
Securities of Qiao Xing Universal Telephone, Inc.

NEW YORK, NY -- (MARKET WIRE) -- 08/09/07 --  Today, Kaplan Fox &
Kilsheimer LLP filed a class action lawsuit in the United States
District Court for the Southern District of New York on behalf of a
class (the "Class") of all persons who purchased securities of Qiao
Xing Universal Telephone, Inc. ("Xing" or the "Company") (NASDAQ:
XING), including purchasers of both Xing common stock and call
options, between June 30, 2004 and July 16, 2007, inclusive and
alleges violations of the federal securities laws by Xing and certain
of its executives.

As alleged in the Complaint, on July 17, 2007, before the opening of
trading, Xing disclosed, among other things, that in connection with
the audit of the financial statements of a Company subsidiary, certain
misstatements for the years 2005, 2004 and 2003 were identified that
were not initially detected through the Company's internal control
over financial reporting and that, as a result, management has decided
to restate the Company's consolidated financial statements for the
years ended December 31, 2005, 2004 and 2003.  As further alleged,
during the Class Period, Xing overstated its reported net income for
the years ended December 31, 2005 and 2004 by 2% and 93%,
respectively, and for the year ended December 31, 2003, Xing
understated its reported net loss by 210%.

The complaint further alleges that on July 17, 2007, the Company
filed its annual report for the year ended December 31, 2006 on Form
20-F with the SEC that stated that the misstatements in the financial
statements resulted from certain deficiencies in the Company's system
of internal controls over financial reporting.

In response to these announcements, on July 17, 2007, the price of
Xing stock declined from $13.97 per share at the close of trading on
July 16, 2007, to close at $11.04 per share, a decline of
approximately 21%, on extremely heavy trading volume.

If you are a member of the proposed Class, you may move the court no
later than October 8, 2007 to serve as a lead plaintiff for the Class.
 You need not seek to become a lead plaintiff in order to share in
any possible recovery.

Plaintiff seeks to recover damages on behalf of the Class and is
represented by Kaplan Fox & Kilsheimer LLP.  Our firm, with offices
in New York, San Francisco, Los Angeles, Chicago and New Jersey, has
many years of experience in prosecuting investor class actions and
actions involving financial fraud.  For more information about Kaplan

MWR        Kaplan Fox Seeks to Recover Losses for Investors Who Purchased
           Aug 9 2007  19:48

Fox & Kilsheimer LLP, or to review a copy of the complaint filed in
this action, you may visit our website at www.kaplanfox.com.

If you have any questions about this Notice, the action, your rights or
your interests, please e-mail us at mail@kaplanfox.com or contact:

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(800) 290-1952
(212) 687-1980
Fax: (212) 687-7714
E-mail address: mail@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
(415) 772-4700
Fax: (415) 772-4707
E-mail address: mail@kaplanfox.com
-0- Aug/09/2007 23:48 GMT

Copyright (c) 2007